**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Raymond T. Lam,<br><br>        Plaintiff,<br><br>vs.<br><br>American Insurance Co.,<br><br>        Defendant. | No. CV-11-244-PHX-SMM<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Dismissal With Prejudice. (Doc. 25.) Accordingly,

**IT IS HEREBY ORDERED DISMISSING** any and all claims with prejudice, with all parties to bear their respective costs and attorneys' fees.

DATED this 8th day of February, 2012.

Stephen M. McNamee
United States District Judge